# EXHIBIT 2

# Resident Ledger



Date: 07/01/2024

| Code | t0105855 | | Property | aspt1 | Lease From | 03/08/2023 |
|---|---|---|---|---|---|---|
| Name | Eric Schmidt | | Unit | 706 | Lease To | 06/07/2024 |
| Address | 10506 Abberly Village Ln., Apt. 706 | | Status | Current | Move In | 12/05/2021 |
| | | | Rent | 1817.00 | Move Out | |
| City | Fredericksburg, VA 22407 | | Phone (H) | | Phone (W) | |

| Date | Chg Code | Post Month | Description | Charge | Payment | Balance | Chg/Rec |
|---|---|---|---|---|---|---|---|
| 11/11/2021 | adminfee | 11/2021 | Administration Fee (per Home) (Eric Schmindt) | 100.00 | | 100.00 | 3574611 |
| 11/11/2021 | appfee | 11/2021 | Application Fee (per Applicant 18 Years or Older) (Eric Schmindt) | 50.00 | | 150.00 | 3574612 |
| 11/11/2021 | appfee | 11/2021 | Application Fee (per Applicant 18 Years or Older) (Debra West) | 50.00 | | 200.00 | 3574613 |
| 11/11/2021 | achfee | 11/2021 | Convenience Fee for Receipt Ctrl #2058797 | 5.00 | | 205.00 | 3574614 |
| 11/11/2021 | | 11/2021 | chk# 117297906 Credit Card On-Line Payment ; Web - Online Leasing | | 205.00 | 0.00 | 2058797 |
| 12/05/2021 | rent | 12/2021 | Rent for 27 days | 1,522.00 | | 1,522.00 | 3611237 |
| 12/05/2021 | norefpet | 12/2021 | Non-Refundable Animal Fee (per Home) | 325.00 | | 1,847.00 | 3611238 |
| 12/05/2021 | petrent | 12/2021 | Monthly Animal Rent for 27 days | 22.00 | | 1,869.00 | 3611239 |
| 12/05/2021 | trshserv | 12/2021 | Rent 4 for 27 days | 16.00 | | 1,885.00 | 3611240 |
| 12/05/2021 | SmartHom | 12/2021 | Rent 2 for 27 days | 24.00 | | 1,909.00 | 3611241 |
| 12/07/2021 | PayTrans | 12/2021 | payment transferred from t0103441 | (1,955.70) | | (46.70) | 3612668 |
| 12/07/2021 | achfee | 12/2021 | payment transferred from t0103441 | 47.70 | | 1.00 | 3612669 |
| 12/07/2021 | rent | 12/2021 | incorrect prorate | (1.00) | | 0.00 | 3612919 |
| 01/01/2022 | rent | 01/2022 | Rent (01/2022) | 1,747.00 | | 1,747.00 | 3630053 |
| 01/01/2022 | petrent | 01/2022 | Monthly Pet Rent (01/2022) | 25.00 | | 1,772.00 | 3630180 |
| 01/01/2022 | trshserv | 01/2022 | Rent 4 (01/2022) | 18.00 | | 1,790.00 | 3630470 |
| 01/01/2022 | SmartHom | 01/2022 | Rent 2 (01/2022) | 28.00 | | 1,818.00 | 3630749 |
| 01/06/2022 | | 01/2022 | chk# 00516 :CHECKscan Payment | | 1,818.00 | 0.00 | 2098282 |
| 02/01/2022 | water | 02/2022 | Utility Charge for 1 Days (11/06/2021 - 12/05/2021) 11/06/21 to 12/05/21 | 4.21 | | 4.21 | 3664694 |
| 02/01/2022 | rent | 02/2022 | Rent (02/2022) | 1,747.00 | | 1,751.21 | 3674115 |
| 02/01/2022 | petrent | 02/2022 | Monthly Pet Rent (02/2022) | 25.00 | | 1,776.21 | 3674240 |
| 02/01/2022 | trshserv | 02/2022 | Rent 4 (02/2022) | 18.00 | | 1,794.21 | 3674528 |
| 02/01/2022 | SmartHom | 02/2022 | Rent 2 (02/2022) | 28.00 | | 1,822.21 | 3674798 |
| 02/02/2022 | | 02/2022 | chk# 00517 :CHECKscan Payment | | 1,822.21 | 0.00 | 2114120 |
| 03/01/2022 | water | 03/2022 | Utility Charge (12/06/2021 - 01/05/2022) 12/06/21 to 01/05/22 | 100.55 | | 100.55 | 3732176 |
| 03/01/2022 | rent | 03/2022 | Rent (03/2022) | 1,747.00 | | 1,847.55 | 3742869 |
| 03/01/2022 | petrent | 03/2022 | Monthly Pet Rent (03/2022) | 25.00 | | 1,872.55 | 3743000 |
| 03/01/2022 | trshserv | 03/2022 | Rent 4 (03/2022) | 18.00 | | 1,890.55 | 3743297 |
| 03/01/2022 | SmartHom | 03/2022 | Rent 2 (03/2022) | 28.00 | | 1,918.55 | 3743576 |
| 03/01/2022 | | 03/2022 | chk# 00519 :CHECKscan Payment | | 1,918.55 | 0.00 | 2133875 |
| 04/01/2022 | water | 04/2022 | Utility Charge (01/06/2022 - 02/05/2022) 01/06/22 to 02/05/22 | 100.68 | | 100.68 | 3774744 |
| 04/01/2022 | rent | 04/2022 | Rent (04/2022) | 1,747.00 | | 1,847.68 | 3784636 |
| 04/01/2022 | petrent | 04/2022 | Monthly Pet Rent (04/2022) | 25.00 | | 1,872.68 | 3784757 |
| 04/01/2022 | trshserv | 04/2022 | Rent 4 (04/2022) | 18.00 | | 1,890.68 | 3785062 |
| 04/01/2022 | SmartHom | 04/2022 | Rent 2 (04/2022) | 28.00 | | 1,918.68 | 3785342 |
| 04/01/2022 | | 04/2022 | chk# 00520 :CHECKscan Payment | | 1,918.68 | 0.00 | 2155128 |
| 05/01/2022 | rent | 05/2022 | Rent (05/2022) | 1,747.00 | | 1,747.00 | 3824700 |
| 05/01/2022 | petrent | 05/2022 | Monthly Pet Rent (05/2022) | 25.00 | | 1,772.00 | 3824828 |
| 05/01/2022 | trshserv | 05/2022 | Rent 4 (05/2022) | 18.00 | | 1,790.00 | 3825139 |
| 05/01/2022 | SmartHom | 05/2022 | Rent 2 (05/2022) | 28.00 | | 1,818.00 | 3825426 |
| 05/01/2022 | water | 05/2022 | Utility Charge (02/06/2022 - 03/05/2022) 02/06/22 to 03/05/22 | 94.75 | | 1,912.75 | 3836844 |
| 05/02/2022 | | 05/2022 | chk# 00521 :CHECKscan Payment | | 1,912.75 | 0.00 | 2174436 |
| 06/01/2022 | rent | 06/2022 | Rent (06/2022) | 1,747.00 | | 1,747.00 | 3868888 |
| 06/01/2022 | petrent | 06/2022 | Monthly Pet Rent (06/2022) | 25.00 | | 1,772.00 | 3869021 |

| Date | Type | Month | Description | Charge | Payment | Balance | Ref |
|---|---|---|---|---|---|---|---|
| 06/01/2022 | trshserv | 06/2022 | Rent 4 (06/2022) | 18.00 | | 1,790.00 | 3869328 |
| 06/01/2022 | SmartHom | 06/2022 | Rent 2 (06/2022) | 28.00 | | 1,818.00 | 3869614 |
| 06/01/2022 | water | 06/2022 | Utility Charge (03/06/2022 - 04/05/2022) 03/06/22 to 04/05/22 | 82.24 | | 1,900.24 | 3890120 |
| 06/02/2022 | | 06/2022 | chk# 00522 :CHECKscan Payment | | 1,900.24 | 0.00 | 2193551 |
| 07/01/2022 | rent | 07/2022 | Rent (07/2022) | 1,747.00 | | 1,747.00 | 3914441 |
| 07/01/2022 | petrent | 07/2022 | Monthly Pet Rent (07/2022) | 25.00 | | 1,772.00 | 3914571 |
| 07/01/2022 | trshserv | 07/2022 | Rent 4 (07/2022) | 18.00 | | 1,790.00 | 3914868 |
| 07/01/2022 | SmartHom | 07/2022 | Rent 2 (07/2022) | 28.00 | | 1,818.00 | 3915149 |
| 07/01/2022 | water | 07/2022 | Utility Charge (04/06/2022 - 05/05/2022) 04/06/22 to 05/05/22 | 80.80 | | 1,898.80 | 3939561 |
| 07/05/2022 | | 07/2022 | chk# 00525 :CHECKscan Payment | | 1,898.80 | 0.00 | 2215826 |
| 08/01/2022 | rent | 08/2022 | Rent (08/2022) | 1,747.00 | | 1,747.00 | 3963997 |
| 08/01/2022 | petrent | 08/2022 | Monthly Pet Rent (08/2022) | 25.00 | | 1,772.00 | 3964329 |
| 08/01/2022 | trshserv | 08/2022 | Rent 4 (08/2022) | 18.00 | | 1,790.00 | 3965005 |
| 08/01/2022 | SmartHom | 08/2022 | Rent 2 (08/2022) | 28.00 | | 1,818.00 | 3965708 |
| 08/01/2022 | water | 08/2022 | Utility Charge (05/06/2022 - 06/05/2022) 05/06/22 to 06/05/22 | 92.75 | | 1,910.75 | 3985186 |
| 08/03/2022 | | 08/2022 | chk# 00526 :CHECKscan Payment | | 1,910.75 | 0.00 | 2230404 |
| 09/01/2022 | rent | 09/2022 | Rent (09/2022) | 1,747.00 | | 1,747.00 | 4012756 |
| 09/01/2022 | petrent | 09/2022 | Monthly Pet Rent (09/2022) | 25.00 | | 1,772.00 | 4012897 |
| 09/01/2022 | water | 09/2022 | Utility Charge (06/06/2022 - 07/05/2022) 06/06/22 to 07/05/22 | 84.02 | | 1,856.02 | 4013323 |
| 09/01/2022 | trshserv | 09/2022 | Rent 4 (09/2022) | 18.00 | | 1,874.02 | 4013354 |
| 09/01/2022 | SmartHom | 09/2022 | Rent 2 (09/2022) | 28.00 | | 1,902.02 | 4013673 |
| 09/05/2022 | | 09/2022 | chk# 00527 :CHECKscan Payment | | 1,902.02 | 0.00 | 2247151 |
| 10/01/2022 | rent | 10/2022 | Rent (10/2022) | 1,747.00 | | 1,747.00 | 4051029 |
| 10/01/2022 | petrent | 10/2022 | Monthly Pet Rent (10/2022) | 25.00 | | 1,772.00 | 4051148 |
| 10/01/2022 | trshserv | 10/2022 | Rent 4 (10/2022) | 18.00 | | 1,790.00 | 4051440 |
| 10/01/2022 | SmartHom | 10/2022 | Rent 2 (10/2022) | 28.00 | | 1,818.00 | 4051713 |
| 10/01/2022 | water | 10/2022 | Utility Charge (07/06/2022 - 08/05/2022) 07/06/22 to 08/05/22 | 86.40 | | 1,904.40 | 4066049 |
| 10/05/2022 | | 10/2022 | chk# 00528 :CHECKscan Payment | | 1,904.40 | 0.00 | 2262059 |
| 11/01/2022 | rent | 11/2022 | Rent (11/2022) | 1,747.00 | | 1,747.00 | 4089028 |
| 11/01/2022 | petrent | 11/2022 | Monthly Pet Rent (11/2022) | 25.00 | | 1,772.00 | 4089145 |
| 11/01/2022 | trshserv | 11/2022 | Rent 4 (11/2022) | 18.00 | | 1,790.00 | 4089435 |
| 11/01/2022 | SmartHom | 11/2022 | Rent 2 (11/2022) | 28.00 | | 1,818.00 | 4089707 |
| 11/01/2022 | water | 11/2022 | Utility Charge (08/06/2022 - 09/05/2022) 08/06/22 to 09/05/22 | 99.14 | | 1,917.14 | 4105247 |
| 11/04/2022 | | 11/2022 | chk# 00529 :CHECKscan Payment | | 1,917.14 | 0.00 | 2273670 |
| 12/01/2022 | rent | 12/2022 | Rent (12/2022) | 1,747.00 | | 1,747.00 | 4127178 |
| 12/01/2022 | petrent | 12/2022 | Monthly Pet Rent (12/2022) | 25.00 | | 1,772.00 | 4127369 |
| 12/01/2022 | trshserv | 12/2022 | Rent 4 (12/2022) | 18.00 | | 1,790.00 | 4127880 |
| 12/01/2022 | SmartHom | 12/2022 | Rent 2 (12/2022) | 28.00 | | 1,818.00 | 4128446 |
| 12/01/2022 | water | 12/2022 | Utility Charge (09/06/2022 - 10/05/2022) 09/06/22 to 10/05/22 | 103.46 | | 1,921.46 | 4128754 |
| 12/03/2022 | | 12/2022 | chk# 00533 :CHECKscan Payment | | 1,921.46 | 0.00 | 2288481 |
| 01/01/2023 | water | 01/2023 | Utility Charge (10/06/2022 - 11/05/2022) 10/06/22 to 11/05/22 | 96.98 | | 96.98 | 4160804 |
| 01/01/2023 | rent | 01/2023 | Rent (01/2023) | 1,747.00 | | 1,843.98 | 4167791 |
| 01/01/2023 | petrent | 01/2023 | Monthly Pet Rent (01/2023) | 25.00 | | 1,868.98 | 4167903 |
| 01/01/2023 | trshserv | 01/2023 | Rent 4 (01/2023) | 18.00 | | 1,886.98 | 4168187 |
| 01/01/2023 | SmartHom | 01/2023 | Rent 2 (01/2023) | 28.00 | | 1,914.98 | 4168453 |
| 01/06/2023 | | 01/2023 | chk# 00537 :CHECKscan Payment | | 1,914.98 | 0.00 | 2308293 |
| 02/01/2023 | rent | 02/2023 | Rent (02/2023) | 1,747.00 | | 1,747.00 | 4207541 |
| 02/01/2023 | petrent | 02/2023 | Monthly Pet Rent (02/2023) | 25.00 | | 1,772.00 | 4207654 |
| 02/01/2023 | trshserv | 02/2023 | Rent 4 (02/2023) | 18.00 | | 1,790.00 | 4207937 |
| 02/01/2023 | SmartHom | 02/2023 | Rent 2 (02/2023) | 28.00 | | 1,818.00 | 4208206 |
| 02/01/2023 | water | 02/2023 | Utility Charge (11/06/2022 - 12/05/2022) 11/06/22 to 12/05/22 | 96.39 | | 1,914.39 | 4224391 |
| 02/05/2023 | | 02/2023 | chk# 00538 :CHECKscan Payment | | 1,914.39 | 0.00 | 2322180 |
| 03/01/2023 | rent | 03/2023 | Rent (03/2023) | 1,747.00 | | 1,747.00 | 4247572 |
| 03/01/2023 | petrent | 03/2023 | Monthly Pet Rent (03/2023) | 25.00 | | 1,772.00 | 4247682 |
| 03/01/2023 | trshserv | 03/2023 | Rent 4 (03/2023) | 18.00 | | 1,790.00 | 4247961 |
| 03/01/2023 | SmartHom | 03/2023 | Rent 2 (03/2023) | 28.00 | | 1,818.00 | 4248225 |
| 03/01/2023 | water | 03/2023 | Utility Charge (12/06/2022 - 01/05/2023) 12/06/22 to 01/05/23 | 92.99 | | 1,910.99 | 4263764 |
| 03/06/2023 | | 03/2023 | chk# 00539 :CHECKscan Payment | | 1,910.99 | 0.00 | 2337645 |
| 04/01/2023 | rent | 04/2023 | Rent (04/2023) | 1,817.00 | | 1,817.00 | 4290486 |
| 04/01/2023 | petrent | 04/2023 | Monthly Pet Rent (04/2023) | 25.00 | | 1,842.00 | 4290600 |
| 04/01/2023 | trshserv | 04/2023 | Rent 4 (04/2023) | 18.00 | | 1,860.00 | 4290887 |
| 04/01/2023 | SmartHom | 04/2023 | Rent 2 (04/2023) | 28.00 | | 1,888.00 | 4291162 |

| Date | Type | Month | Description | Charge | Payment | Balance | Ref |
|---|---|---|---|---|---|---|---|
| 04/01/2023 | water | 04/2023 | Utility Charge (01/06/2023 - 02/05/2023) 01/06/23 to 02/05/23 | 92.26 | | 1,980.26 | 4304077 |
| 04/06/2023 | | 04/2023 | chk# 00541 :CHECKscan Payment | | 1,980.26 | 0.00 | 2354282 |
| 05/01/2023 | rent | 05/2023 | Rent (05/2023) | 1,817.00 | | 1,817.00 | 4331662 |
| 05/01/2023 | petrent | 05/2023 | Monthly Pet Rent (05/2023) | 25.00 | | 1,842.00 | 4331777 |
| 05/01/2023 | trshserv | 05/2023 | Rent 4 (05/2023) | 18.00 | | 1,860.00 | 4332068 |
| 05/01/2023 | SmartHom | 05/2023 | Rent 2 (05/2023) | 28.00 | | 1,888.00 | 4332349 |
| 05/01/2023 | water | 05/2023 | Utility Charge (02/06/2023 - 03/05/2023) 02/06/23 to 03/05/23 | 80.45 | | 1,968.45 | 4347907 |
| 05/06/2023 | | 05/2023 | chk# 00542 :CHECKscan Payment | | 1,968.45 | 0.00 | 2369417 |
| 06/01/2023 | rent | 06/2023 | Rent (06/2023) | 1,817.00 | | 1,817.00 | 4373445 |
| 06/01/2023 | petrent | 06/2023 | Monthly Pet Rent (06/2023) | 25.00 | | 1,842.00 | 4373560 |
| 06/01/2023 | trshserv | 06/2023 | Rent 4 (06/2023) | 18.00 | | 1,860.00 | 4373850 |
| 06/01/2023 | SmartHom | 06/2023 | Rent 2 (06/2023) | 28.00 | | 1,888.00 | 4374129 |
| 06/01/2023 | water | 06/2023 | Utility Charge (03/06/2023 - 04/05/2023) 03/06/23 to 04/05/23 | 93.66 | | 1,981.66 | 4391764 |
| 06/05/2023 | | 06/2023 | chk# 00545 :CHECKscan Payment | | 1,981.66 | 0.00 | 2381768 |
| 07/01/2023 | rent | 07/2023 | Rent (07/2023) | 1,817.00 | | 1,817.00 | 4420018 |
| 07/01/2023 | petrent | 07/2023 | Monthly Pet Rent (07/2023) | 25.00 | | 1,842.00 | 4420261 |
| 07/01/2023 | trshserv | 07/2023 | Rent 4 (07/2023) | 18.00 | | 1,860.00 | 4420684 |
| 07/01/2023 | SmartHom | 07/2023 | Rent 2 (07/2023) | 28.00 | | 1,888.00 | 4420973 |
| 07/01/2023 | water | 07/2023 | Utility Charge (04/06/2023 - 05/05/2023) 04/06/23 to 05/05/23 | 64.43 | | 1,952.43 | 4438944 |
| 07/06/2023 | | 07/2023 | chk# 00546 :CHECKscan Payment | | 1,952.43 | 0.00 | 2399200 |
| 08/01/2023 | rent | 08/2023 | Rent (08/2023) | 1,817.00 | | 1,817.00 | 4465491 |
| 08/01/2023 | petrent | 08/2023 | Monthly Pet Rent (08/2023) | 25.00 | | 1,842.00 | 4465601 |
| 08/01/2023 | trshserv | 08/2023 | Rent 4 (08/2023) | 18.00 | | 1,860.00 | 4465887 |
| 08/01/2023 | SmartHom | 08/2023 | Rent 2 (08/2023) | 28.00 | | 1,888.00 | 4466156 |
| 08/01/2023 | water | 08/2023 | Utility Charge (05/06/2023 - 06/05/2023) 05/06/23 to 06/05/23 | 81.01 | | 1,969.01 | 4482417 |
| 08/05/2023 | | 08/2023 | chk# 00547 :CHECKscan Payment | | 1,969.01 | 0.00 | 2413179 |
| 09/01/2023 | rent | 09/2023 | Rent (09/2023) | 1,817.00 | | 1,817.00 | 4511127 |
| 09/01/2023 | petrent | 09/2023 | Monthly Pet Rent (09/2023) | 25.00 | | 1,842.00 | 4511230 |
| 09/01/2023 | trshserv | 09/2023 | Rent 4 (09/2023) | 18.00 | | 1,860.00 | 4511514 |
| 09/01/2023 | SmartHom | 09/2023 | Rent 2 (09/2023) | 28.00 | | 1,888.00 | 4511783 |
| 09/01/2023 | water | 09/2023 | Utility Charge (06/06/2023 - 07/05/2023) 06/06/23 to 07/05/23 | 72.66 | | 1,960.66 | 4528553 |
| 09/06/2023 | mischrg | 09/2023 | Late Utilites 9.23 | 25.00 | | 1,985.66 | 4534560 |
| 09/06/2023 | latefee | 09/2023 | Late Fees, 10% of $1888.00 | 188.80 | | 2,174.46 | 4534668 |
| 10/01/2023 | rent | 10/2023 | Rent (10/2023) | 1,817.00 | | 3,991.46 | 4554400 |
| 10/01/2023 | petrent | 10/2023 | Monthly Pet Rent (10/2023) | 25.00 | | 4,016.46 | 4554499 |
| 10/01/2023 | trshserv | 10/2023 | Rent 4 (10/2023) | 18.00 | | 4,034.46 | 4554778 |
| 10/01/2023 | SmartHom | 10/2023 | Rent 2 (10/2023) | 28.00 | | 4,062.46 | 4555047 |
| 10/01/2023 | water | 10/2023 | Utility Charge (07/06/2023 - 08/05/2023) 07/06/23 to 08/05/23 | 86.93 | | 4,149.39 | 4572096 |
| 10/06/2023 | latefee | 10/2023 | Utility Late Fee-10.1.23 | 25.00 | | 4,174.39 | 4579482 |
| 10/06/2023 | latefee | 10/2023 | Late Fees, 10% of $1888.00 | 188.80 | | 4,363.19 | 4579483 |
| 10/28/2023 | legalfee | 10/2023 | Legal Fees Invoice 1082122 | 107.14 | | 4,470.33 | 4583894 |
| 11/01/2023 | rent | 11/2023 | Rent (11/2023) | 1,817.00 | | 6,287.33 | 4598936 |
| 11/01/2023 | petrent | 11/2023 | Monthly Pet Rent (11/2023) | 25.00 | | 6,312.33 | 4599034 |
| 11/01/2023 | trshserv | 11/2023 | Rent 4 (11/2023) | 18.00 | | 6,330.33 | 4599310 |
| 11/01/2023 | SmartHom | 11/2023 | Rent 2 (11/2023) | 28.00 | | 6,358.33 | 4599579 |
| 11/01/2023 | water | 11/2023 | Utility Charge (08/06/2023 - 09/05/2023) 08/06/23 to 09/05/23 | 74.37 | | 6,432.70 | 4616528 |
| 11/06/2023 | latefee | 11/2023 | Late Fee 11/23 Utility-VJ | 25.00 | | 6,457.70 | 4623085 |
| 11/06/2023 | latefee | 11/2023 | Late Fees, 10% of $1888.00 | 188.80 | | 6,646.50 | 4623086 |
| 12/01/2023 | rent | 12/2023 | Rent (12/2023) | 1,817.00 | | 8,463.50 | 4641786 |
| 12/01/2023 | petrent | 12/2023 | Monthly Pet Rent (12/2023) | 25.00 | | 8,488.50 | 4641894 |
| 12/01/2023 | trshserv | 12/2023 | Rent 4 (12/2023) | 18.00 | | 8,506.50 | 4642183 |
| 12/01/2023 | SmartHom | 12/2023 | Rent 2 (12/2023) | 28.00 | | 8,534.50 | 4642459 |
| 12/01/2023 | water | 12/2023 | Utility Charge (09/06/2023 - 10/05/2023) 09/06/23 to 10/05/23 | 82.83 | | 8,617.33 | 4658217 |
| 12/06/2023 | latefee | 12/2023 | Water Bill Late Fee-12/23-VJ | 25.00 | | 8,642.33 | 4665955 |
| 12/06/2023 | latefee | 12/2023 | Late Fees, 10% of $1888.00 | 188.80 | | 8,831.13 | 4665956 |
| 01/01/2024 | rent | 01/2024 | Rent (01/2024) | 1,817.00 | | 10,648.13 | 4688670 |
| 01/01/2024 | petrent | 01/2024 | Monthly Pet Rent (01/2024) | 25.00 | | 10,673.13 | 4688778 |
| 01/01/2024 | trshserv | 01/2024 | Rent 4 (01/2024) | 18.00 | | 10,691.13 | 4689073 |
| 01/01/2024 | SmartHom | 01/2024 | Rent 2 (01/2024) | 28.00 | | 10,719.13 | 4689349 |
| 01/01/2024 | water | 01/2024 | Utility Charge (10/06/2023 - 11/05/2023) 10/06/23 to 11/05/23 | 51.23 | | 10,770.36 | 4705986 |
| 01/06/2024 | latefee | 01/2024 | Late Fees, 10% of $1888.00 | 188.80 | | 10,959.16 | 4712848 |
| 01/06/2024 | latefee | 01/2024 | Water Late Fee 01/24-VJ | 25.00 | | 10,984.16 | 4712849 |

| Date | Type | Period | Description | Amount | Balance | Ref |
|---|---|---|---|---|---|---|
| 02/01/2024 | water | 02/2024 | Utility Charge (11/06/2023 - 12/05/2023) 11/06/23 to 12/05/23 | 66.62 | 11,050.78 | 4725453 |
| 02/01/2024 | rent | 02/2024 | Rent (02/2024) | 1,817.00 | 12,867.78 | 4738669 |
| 02/01/2024 | petrent | 02/2024 | Monthly Pet Rent (02/2024) | 25.00 | 12,892.78 | 4738779 |
| 02/01/2024 | trshserv | 02/2024 | Rent 4 (02/2024) | 18.00 | 12,910.78 | 4739071 |
| 02/01/2024 | SmartHom | 02/2024 | Rent 2 (02/2024) | 28.00 | 12,938.78 | 4739344 |
| 02/06/2024 | latefee | 02/2024 | Late Fees, 10% of $1888.00 | 188.80 | 13,127.58 | 4756510 |
| 02/06/2024 | latefee | 02/2024 | Utility Late Fee 2.5.24 | 25.00 | 13,152.58 | 4756554 |
| 03/01/2024 | rent | 03/2024 | Rent (03/2024) | 1,817.00 | 14,969.58 | 4778733 |
| 03/01/2024 | petrent | 03/2024 | Monthly Pet Rent (03/2024) | 25.00 | 14,994.58 | 4778846 |
| 03/01/2024 | trshserv | 03/2024 | Rent 4 (03/2024) | 18.00 | 15,012.58 | 4779138 |
| 03/01/2024 | SmartHom | 03/2024 | Rent 2 (03/2024) | 28.00 | 15,040.58 | 4779411 |
| 03/01/2024 | water | 03/2024 | Utility Charge (12/06/2023 - 01/05/2024) 12/06/23 to 01/05/24 | 81.70 | 15,122.28 | 4780969 |
| 04/01/2024 | water | 04/2024 | Utility Charge (01/06/2024 - 02/05/2024) 01/06/24 to 02/05/24 | 99.36 | 15,221.64 | 4820972 |
| 04/01/2024 | rent | 04/2024 | Rent (04/2024) | 1,817.00 | 17,038.64 | 4826237 |
| 04/01/2024 | petrent | 04/2024 | Monthly Pet Rent (04/2024) | 25.00 | 17,063.64 | 4826356 |
| 04/01/2024 | trshserv | 04/2024 | Rent 4 (04/2024) | 18.00 | 17,081.64 | 4826638 |
| 04/01/2024 | SmartHom | 04/2024 | Rent 2 (04/2024) | 28.00 | 17,109.64 | 4826908 |
| 04/06/2024 | latefee | 04/2024 | Late Fees, 10% of $1888.00 | 188.80 | 17,298.44 | 4846962 |
| 05/01/2024 | rent | 05/2024 | Rent (05/2024) | 1,817.00 | 19,115.44 | 4869273 |
| 05/01/2024 | petrent | 05/2024 | Monthly Pet Rent (05/2024) | 25.00 | 19,140.44 | 4869394 |
| 05/01/2024 | trshserv | 05/2024 | Rent 4 (05/2024) | 18.00 | 19,158.44 | 4869676 |
| 05/01/2024 | SmartHom | 05/2024 | Rent 2 (05/2024) | 28.00 | 19,186.44 | 4869946 |
| 05/01/2024 | water | 05/2024 | Utility Charge (02/06/2024 - 03/05/2024) 02/06/24 to 03/05/24 | 91.51 | 19,277.95 | 4873301 |
| 05/06/2024 | latefee | 05/2024 | Utility Late Fee 5.24 | 5.00 | 19,282.95 | 4890285 |
| 05/06/2024 | latefee | 05/2024 | Late Fees, 10% of $1888.00 | 188.80 | 19,471.75 | 4890286 |
| 06/01/2024 | water | 06/2024 | Utility Charge (03/06/2024 - 04/05/2024) 03/06/24 to 04/05/24 | 94.67 | 19,566.42 | 4907336 |
| 06/01/2024 | rent | 06/2024 | Rent (06/2024) | 1,817.00 | 21,383.42 | 4913099 |
| 06/01/2024 | trshserv | 06/2024 | Rent 4 (06/2024) | 18.00 | 21,401.42 | 4913374 |
| 06/01/2024 | SmartHom | 06/2024 | Rent 2 (06/2024) | 28.00 | 21,429.42 | 4913649 |
| 06/01/2024 | petrent | 06/2024 | Monthly Pet Rent (06/2024) | 25.00 | 21,454.42 | 4913766 |
| 06/06/2024 | latefee | 06/2024 | Late Fees, 10% of $1888.00 | 188.80 | 21,643.22 | 4990171 |
| 07/01/2024 | water | 07/2024 | Utility Charge (04/06/2024 - 05/05/2024) 04/06/24 to 05/05/24 | 97.37 | 21,740.59 | 5015055 |
| 07/01/2024 | rent | 07/2024 | Rent (07/2024) | 1,817.00 | 23,557.59 | 5016206 |
| 07/01/2024 | trshserv | 07/2024 | Rent 4 (07/2024) | 18.00 | 23,575.59 | 5016490 |
| 07/01/2024 | SmartHom | 07/2024 | Rent 2 (07/2024) | 28.00 | 23,603.59 | 5016774 |
| 07/01/2024 | petrent | 07/2024 | Monthly Pet Rent (07/2024) | 25.00 | 23,628.59 | 5016898 |